Certificate Number: 05781-NJ-DE-034665065

Bankruptcy Case Number: 20-17329



05781-NJ-DE-034665065

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 14, 2020</u>, at <u>12:27</u> o'clock <u>PM PDT</u>, <u>Edelmira Marte-deleon</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>July 14, 2020</u>            By:     <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:  <u>President</u>