UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Lee Abt, Esquire
3747 Church Road, Suite 102
Mount Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)

_____        Proceedings in Chapter 13

**In Re:**                             Case No. 20-17329-JNP

**EDELMIRA I. MARTE-DELEON,**

    **Debtor.**                        **PRE-CONFIRMATION CERTIFICATION COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §1325 (a)(8) AND (a)(9)**

_____

    I, EDELMIRA I. MARTE-DELEON, upon his/her oath according to law, hereby certifies as follows:

1. The below information is being supplied for compliance with the confirmation hearing date on October 7, 2020.

2. The above named Debtor is current with all post-petition obligations.

3. The above named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations as defined in 11 U.S.C.§101(14A).

4. The above named Debtor has filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. §1308.

5. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

6. If this Certification is being signed by the Debtor's counsel, counsel certifies that the debtors were duly questioned about the statements in this certification and supplied answers consistent with this Certification.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: 8/27/20                         /s/ Edelmira I. Marte-DeLeon
                                       _____
                                       EDELMIRA I. MARTE-DELEON, Debtor