UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LEE ABT, ESQUIRE
3747 Church Road, Suite 102
Mount Laurel, NJ 08054
(856) 914-5100
I.D. # LA5525

In Re:                                                      Case No.: 20-17320-JNP
EDELMIRA MARTE-DELEON,                                      Hearing Date:   9/13/22 at 11:00 AM
                                                            Judge: Jerrold N. Poslusny, Jr.

_____

# CERTIFICATION OF SERVICE

1.  I, LEE ABT, ESQUIRE:

    __XX__ represent the debtor in the above-captioned matter.

    • am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    • am the _____ in the above case and am representing myself.

2.  On 9/6/22 I sent a copy of the following pleadings and/or documents to the

    parties listed in the chart below/on the following page(s): Debtor's objection to Relief Motion of

    MidFirst Bank.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                            /s/ Lee Abt

Dated: 9/6/22                                               _____

                                                            LEE ABT, ESQUIRE

2

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Isabel C. Balboa, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>Suite 580, 535 Route 38<br>Cherry Hill, New Jersey 08002 | Trustee | • Hand-delivered<br> X  Regular mail<br>• Certified mail/RR<br>• E-mail<br>• Notice of Electronic Filing (NEF)<br>• Other _____<br>      (as authorized by the court *) |
| KML Law Group, P.C.<br>Attn: Denise Carlon, Esquire<br>Attorneys for MidFirst Bank<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | • Hand-delivered<br> X Regular mail<br>• Certified mail/RR<br>• E-mail<br>• Notice of Electronic Filing (NEF)<br>• Other _____<br>      (as authorized by the court *) |
|  |  | • Hand-delivered<br>• Regular mail<br>• Certified mail/RR<br>• E-mail<br>• Notice of Electronic Filing (NEF)<br>• Other _____<br>      (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.