UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

**EDELMIRA I. MARTE-DELEON**
                          Debtor(s)`.

Case No.    20-17329 JNP

Judge:    Jerrold N. Poslusny

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

WHEREAS, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

NOW THEREFORE, the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $15,478 total receipts applied to plan then $645 for twenty-one (21) months, commencing September 1, 2023, for a total of sixty (60) months.

IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on October 7, 2020 remain in effect.

_____
Lee Abt, Esquire
Attorney for Debtor

Dated   8/1/23

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated:        8/3/2023