Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–17329–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Edelmira I. Marte−DeLeon
 aka Edelmira I. Marte, fka Edelmira I.
 Marte−Camilo
 7349 Remington Avenue
 Pennsauken, NJ 08110

Social Security No.:
 xxx−xx−4095

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:     November 17, 2023
Time:     10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*38* − Objection to Certification of Default filed by Midfirst Bank (related document:37 Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: re: 7349 Remington Avenue, Pennsauken, NJ 08110. Fee Amount $ 188. filed by Creditor MidFirst Bank, 31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 10/10/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Lee Abt on behalf of Edelmira I. Marte−DeLeon. (Abt, Lee)

and transact such other business as may properly come before the meeting.

Dated: October 10, 2023
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk