Printed on: 01/02/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-17329 (JNP)

Edelmira I. Marte-Deleon
7349 Remington Avenue
Pennsauken, NJ  08110

Monthly Payment: $645.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2023 | $508.00 | 06/20/2023 | $250.00 | 09/05/2023 | $650.00 | 10/16/2023 | $645.00 |
| 11/13/2023 | $323.00 | 11/28/2023 | $325.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EDELMIRA I. MARTE-DELEON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LEE ABT, ESQUIRE | 13 | $4,150.00 | $4,150.00 | $0.00 | $0.00 |
| 1 | AFFIRM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AFFIRM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT/GM FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICREDIT/GM FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CKS FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | WEBCOLLEX, LLC | 33 | $859.70 | $0.00 | $859.70 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $786.62 | $0.00 | $786.62 | $0.00 |
| 8 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $329.82 | $0.00 | $329.82 | $0.00 |
| 12 | COMENITY BANK/ZALES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $602.43 | $0.00 | $602.43 | $0.00 |
| 14 | COMENITYBANK/NEW YORK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $840.09 | $0.00 | $840.09 | $0.00 |
| 16 | CREDIT ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT STORES NATIONAL BANK | 33 | $929.05 | $0.00 | $929.05 | $0.00 |
| 18 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | FINWISE BANK | 24 | $2,507.24 | $1,791.02 | $716.22 | $427.23 |
| 20 | FIRST CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FIRST CREDIT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | FIRST FEDERAL CREDIT CONTROL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | FIRST FEDERAL CREDIT CONTROL, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | GROWING SMILES OF VOORHEES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | I.C. SYSTEM, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MIDFIRST BANK | 24 | $12,822.45 | $9,159.48 | $3,662.97 | $2,184.98 |
| 27 | MIDLAND MORTGAGE COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | QUANTUM3 GROUP, LLC | 33 | $1,396.79 | $0.00 | $1,396.79 | $0.00 |
| 29 | SYNCB/PPC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | VERIZON BY AMERICAN INFOSOURCE | 33 | $592.22 | $0.00 | $592.22 | $0.00 |
| 32 | VERIZON BY AMERICAN INFOSOURCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LEE ABT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 37 | MIDFIRST BANK | 13 | $200.00 | $0.00 | $200.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2020 | 37.00 | $0.00 |
| 08/01/2023 | Paid to Date | $15,478.00 |
| 09/01/2023 | 22.00 | $645.00 |
| 07/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,701.00 |
| Total paid to creditors this period: | $2,612.21 |
| Undistributed Funds on Hand: | $293.80 |
| Arrearages: | $1,282.00 |
| Attorney: | LEE ABT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**