Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-17329 (JNP)

Edelmira I. Marte-Deleon  
7349 Remington Avenue  
Pennsauken, NJ  08110

Monthly Payment: $752.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/2024 | $645.00 | 03/12/2024 | $645.00 | 04/15/2024 | $400.00 | 04/29/2024 | $400.00 |
| 05/13/2024 | $376.00 | 05/28/2024 | $378.00 | 06/10/2024 | $378.00 | 06/24/2024 | $378.00 |
| 07/08/2024 | $378.00 | 07/22/2024 | $400.00 | 08/05/2024 | $500.00 | 08/19/2024 | $500.00 |
| 09/03/2024 | $500.00 | 09/16/2024 | $500.00 | 09/30/2024 | $500.00 | 10/15/2024 | $500.00 |
| 10/29/2024 | $500.00 | 11/12/2024 | $500.00 | 11/25/2024 | $500.00 | 12/09/2024 | $500.00 |
| 12/26/2024 | $500.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EDELMIRA I. MARTE-DELEON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LEE ABT, ESQUIRE | 13 | $4,150.00 | $4,150.00 | $0.00 | $0.00 |
| 1 | AFFIRM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AFFIRM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CKS FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | WEBCOLLEX, LLC | 33 | $859.70 | $0.00 | $859.70 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $786.62 | $460.23 | $326.39 | $0.00 |
| 8 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $329.82 | $192.96 | $136.86 | $0.00 |
| 12 | COMENITY BANK/ZALES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $602.43 | $352.46 | $249.97 | $0.00 |
| 14 | COMENITYBANK/NEW YORK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $840.09 | $491.51 | $348.58 | $0.00 |
| 16 | CREDIT ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT STORES NATIONAL BANK | 33 | $929.05 | $543.55 | $385.50 | $0.00 |
| 18 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | FINWISE BANK | 24 | $2,507.24 | $2,507.24 | $0.00 | $427.23 |
| 20 | FIRST CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FIRST CREDIT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | FIRST FEDERAL CREDIT CONTROL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | FIRST FEDERAL CREDIT CONTROL, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | GROWING SMILES OF VOORHEES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | I.C. SYSTEM, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MIDFIRST BANK | 24 | $12,822.45 | $12,822.45 | $0.00 | $2,184.98 |
| 27 | MIDLAND MORTGAGE COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP, LLC | 33 | $1,396.79 | $817.22 | $579.57 | $0.00 |
| 29 | SYNCB/PPC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | VERIZON BY AMERICAN INFOSOURCE | 33 | $592.22 | $346.49 | $245.73 | $0.00 |
| 32 | VERIZON BY AMERICAN INFOSOURCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LEE ABT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 37 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2020 | 45.00 | $0.00 |
| 04/01/2024 | Paid to Date | $18,711.00 |
| 05/01/2024 | 14.00 | $752.00 |
| 07/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,878.00 |
| Total paid to creditors this period: | $2,612.21 |
| Undistributed Funds on Hand: | $1,402.98 |
| Arrearages: | ($2,572.00) |
| Attorney: | LEE ABT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**