Certificate Number: 20668-NJ-DE-039445205

Bankruptcy Case Number: 20-17329



20668-NJ-DE-039445205

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2025, at 2:53 o'clock PM EDT, Edelmira I Marte-DeLeon completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 15, 2025               By:   /s/Consuelo V Gerhardt

                                      Name: Consuelo V Gerhardt

                                      Title: Financial Educator