Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 20−17329−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edelmira I. Marte−DeLeon
   aka Edelmira I. Marte, fka Edelmira I.
   Marte−Camilo
   7349 Remington Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4095

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Edelmira I. Marte−DeLeon</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: April 3, 2025
JAN: dmb

                                             <u>Jeanne Naughton, Clerk</u>