Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−17329−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edelmira I. Marte−DeLeon
aka Edelmira I. Marte, fka Edelmira I.
Marte−Camilo
7349 Remington Avenue
Pennsauken, NJ 08110

Social Security No.:
xxx−xx−4095

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 24, 2025</u>            <u>Jerrold N. Poslusny Jr.</u>
                                        Judge, United States Bankruptcy Court