Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−17329−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Edelmira I. Marte−DeLeon
 aka Edelmira I. Marte, fka Edelmira I.
 Marte−Camilo
 7349 Remington Avenue
 Pennsauken, NJ 08110

Social Security No.:
 xxx−xx−4095

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

- ☐ Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 24, 2025
JAN: eag

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                              Case No. 20-17329-JNP

Edelmira I. Marte-DeLeon                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jul 24, 2025  Form ID: cscnodsc  Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edelmira I. Marte-DeLeon, 7349 Remington Avenue, Pennsauken, NJ 08110-4014 |
| 518860185 | | Finwise/aff, Finwise Bank, Dallas, TX 75356 |
| 518860186 | + | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 518860190 | + | Growing Smiles of Voorhees, 2140 Voorhees Town Ctr, Voorhees, NJ 08043-1911 |
| 518860192 | | Midland Mortgage Co, 999NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6077 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518860168 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 24 2025 21:28:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 518860167 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 24 2025 21:03:32 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518860170 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 24 2025 20:59:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518860169 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 24 2025 20:59:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518860175 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jul 24 2025 21:00:45 | CKS Financial, P.o. Box 2856, Chesapeake, VA 23327-2856 |
| 518860176 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jul 24 2025 21:00:45 | CKS Financial, Attn: Bankruptcy, Po Box 2856, Chesapeake, VA 23327-2856 |
| 518860172 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2025 21:03:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518860171 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2025 21:03:22 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518860173 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 24 2025 21:04:05 | Capital One Auto Finance, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518860174 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 24 2025 21:16:22 | Capital One Auto Finance, Inc., 3905 Dallas Parkway, Plano, TX 75093-7892 |
| 518865590 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:04:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518866678 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
|  |  |  | Jul 24 2025 21:04:15 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518860177 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2025 20:59:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 518860178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2025 20:59:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518860180 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2025 20:59:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518860179 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2025 20:59:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 518860182 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2025 21:15:20 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518860181 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2025 21:03:37 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518860184 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2025 21:03:32 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518860183 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2025 21:03:31 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518905821 |   | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2025 20:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518860188 |   | Email/Text: rj@ffcc.com | Jul 24 2025 20:58:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 518860189 |   | Email/Text: rj@ffcc.com | Jul 24 2025 20:58:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 518898304 |   | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 21:17:01 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 518860187 | ^ | MEBN | Jul 24 2025 20:50:34 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518860191 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 24 2025 20:59:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518867165 |   | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 21:03:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518901883 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 24 2025 21:04:07 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518860193 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 24 2025 21:03:39 | Midland Mortgage Company, Attention: Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518928762 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2025 21:04:03 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518920220 |   | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2025 20:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518873004 |   | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2025 20:59:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518920219 |   | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2025 20:59:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518860194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2025 21:03:31 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 518860195 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |

Case 20-17329-JNP    Doc 72    Filed 07/26/25    Entered 07/27/25 00:15:20    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: cscnodsc | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | Jul 24 2025 21:16:22 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518861505 | ^ MEBN | Jul 24 2025 20:51:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518867171 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 24 2025 21:04:46 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518920520 | + Email/PDF: ebn_ais@aisinfo.com | Jul 24 2025 21:04:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518860197 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 24 2025 20:58:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518860196 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 24 2025 20:58:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 520710286 | + Email/Text: Webcollex@ebn.phinsolutions.com | Jul 24 2025 21:00:45 | WEBCOLLEX, LLC, P.O. BOX 2856, CHESAPEAKE, VA 23327-2856 |
| 518872307 | + Email/Text: Webcollex@ebn.phinsolutions.com | Jul 24 2025 21:00:45 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Abt | on behalf of Debtor Edelmira I. Marte-DeLeon leeabt2@verizon.net r40016@notify.bestcase.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jul 24, 2025 | Form ID: cscnodsc | Total Noticed: 49

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6